# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kessler, Gladys | U.S. District Court | 06/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. |
| 2. | 2012 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | D.C. Government - Pension | $130,303.44 |
| 2. 2012 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $168,773.20 |
| 3. 2012 | Vanguard 500 Index Contributory IRA | $8,245.02 |
| 4. 2012 | Vanguard Mid-Cap Contributory IRA | $11,565.21 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Prudential Insurance Company - Pension |
| 2. 2012 | Wells Fargo Bank NA - IRA |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP - common stock | B | Dividend | L | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | K | T | | | | | |
| 5. Stanley Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | O | T | | | | | |
| 7. Vanguard Tax Exempt Money Market Fund | A | Interest | L | T | | | | | |
| 8. Sun Trust - Checking Account | | None | J | T | | | | | |
| 9. Wells Fargo Advantage Fund IRA - mutual fund | | None | K | T | | | | | |
| 10. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 12. Merrill Lynch - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | |
| 13. Apache Corp - common stock | B | Dividend | M | T | | | | | |
| 14. General Electric - common stock | B | Dividend | L | T | | | | | |
| 15. Quality Systems - common stock | C | Dividend | L | T | | | | | |
| 16. General Dynamics - common stock | C | Dividend | L | T | | | | | |
| 17. Merrill Lynch - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 19. Allstate - common stock | C | Dividend | M | T | | | | | |
| 20. RPM International - common stock | D | Dividend | M | T | | | | | |
| 21. Merrill Lynch - 3M Company | A | Dividend | J | T | | | | | |
| 22. Merrill Lynch - General Electric | A | Dividend | J | T | | | | | |
| 23. Merrill Lynch - Eaton Vance Worldwide Health | C | Int./Div. | K | T | | | | | |
| 24. Wells Fargo Advantage Opportunity Fund | B | Int./Div. | | | Sold | 10/19/12 | L | D | |
| 25. Vanguard Mid-Cap Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 26. PNC Bank - Checking Account (X) | | None | M | T | | | | | |
| 27. Pentair, Inc - common stock | A | Dividend | | | Sold | 3/28/12 | L | E | |
| 28. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 29. Vanguard Growth and Income Fund - | | None | | | Sold | 1/11/12 | K | A | |
| 30. Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 31. Vanguard IRA Mid-Cap Index Fund Admiral Shares | C | Dividend | N | T | | | | | |
| 32. Sandy Spring Bancorp - | A | Dividend | K | T | | | | | |
| 33. Vanguard Long-Term Tax-Exempt Adm - | D | Interest | N | T | | | | | |
| 34. Exxon Mobil Corp - common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bristol Myers Squibb - common stock | B | Dividend | K | T | | | | | |
| 36. US Govt Money Market Fund - | | None | J | T | | | | | |
| 37. FirstEnergy Corp - | C | Dividend | | | Sold | 8/8/12 | L | D | |
| 38. Nextera Energy Inc - | B | Dividend | L | T | | | | | |
| 39. Telefonica SA Sponsored ADR - | | None | | | Sold | 4/20/12 | K | A | |
| 40. RBC Bank Deposit Program - | A | Interest | J | T | | | | | |
| 41. Wal-Mart Stores, Inc - | B | Dividend | L | T | | | | | |
| 42. TE Connectivity | A | Dividend | J | T | | | | | |
| 43. Exelon Corporation - | C | Dividend | L | T | Buy | 3/28/12 | K | | |
| 44. | | | | | Buy (add'l) | 8/8/12 | K | | |
| 45. McDonald's Corp - | A | Dividend | K | T | Buy | 8/8/12 | K | | |
| 46. Pepsico Inc - | B | Dividend | K | T | Buy | 1/1/12 | K | | |
| 47. Walgreens Co - | B | Dividend | L | T | Buy | 3/28/12 | K | | |
| 48. Covidien PLC | A | Dividend | J | T | Buy | 1/1/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional notes on Part VII: lines 12, 17, 21, 22, 23 are all holdings in the same brokerage account - the brokerage account was previously listed as Banc of America, but the payer is officially Merrill Lynch, thus the name change in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gladys Kessler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544